UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CATHERINE RICART,

Defendant.

No. 15-cr-219-5 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On February 10, 2016, the Court sentenced Defendant to 36 months' imprisonment, to be followed by three years' supervised release. (Doc. No. 130 at 3–4.) The Court also ordered that Defendant pay restitution to the Internal Revenue Service in the amount of $1,511,062, and that she forfeit $1,511,062 as proceeds of her criminal activity. (*Id.* at 6–7.) Defendant has since completed her term of imprisonment and is scheduled to conclude her term of supervised release on February 12, 2022. Nevertheless, while Defendant has been largely compliant with the terms and conditions of her supervised release, she has thus far paid barely $2,000 toward her restitution, which currently carries an outstanding balance of $1,508,929.48.

Accordingly, IT IS HEREBY ORDERED that by Wednesday, November 24, 2021, the government shall file a letter advising the Court of the efforts, if any, it has undertaken to collect on the restitution and forfeiture orders, and how it plans to collect the unpaid balance from Defendant and the coconspirators with whom she is jointly and severally liable.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation